IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KENITH PAUL HOWELL,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 4:24-cv-00468** |
| v. § | |
| § | **JURY DEMAND** |
| **HARRIS COUNTY, TEXAS et al,** § | |
| § | |
| *Defendants.* § | |
| § | |

## DEFENDANTS' NOTICE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Harris County file this, its Certificate of Written Discovery, and states it has served Defendant's Expert Designations and Chief Michael Dirden's Report (10-22-2024) pursuant to Rule 26 (a) .

Date: October 23, 2024

          Respectfully submitted,

          **CHRISTIAN D. MENEFEE**
          HARRIS COUNTY ATTORNEY

          **JONATHAN G. C. FOMBONNE**
          DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

          **NATALIE G. DELUCA**
          MANAGING COUNSEL,
          DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS

By:   */s/ James C. Butt*
        **JAMES C. BUTT**
        Assistant County Attorney
        ATTORNEY-IN-CHARGE

State Bar No. 24040354
Fed. Bar No. 725423
Tel: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
**FRANK J. FORD**
Assistant County Attorney
ATTORNEY-TO BE NOTICED
State Bar No. 24012642
Fed. Bar No. 565385
Tel: (713) 274-5166 (direct)
frank.ford@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5133 (direct)

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon Plaintiff as indicated:

Joshua R. Willoughby
The Willoughby Law Firm, LLC
4200 Montrose Blvd., Suite 540
Houston, Texas 77006
ATTORNEYJRW@GMAIL.COM


                                /S/ James C. Butt
                                James C. Butt