United States District Court
Southern District of Texas
**ENTERED**
January 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KENNITH PAUL HOWELL,** § | |
| § | **CIVIL ACTION NO. 4:24-cv-00468** |
| *Plaintiff,* § | |
| § | **JURY DEMAND** |
| v. § | |
| § | |
| **HARRIS COUNTY, TEXAS et al,** § | |
| § | |
| *Defendants.* § | |
| § | |

## ORDER

The Motion to Modify Scheduling Order having been filed by Defendant, the Court grants the motion. ECF No. 35. The trial date will be extended and reset to June 23, 2025. The joint pretrial order and motions *in limine* shall be filed by June 16, 2025.

SO ORDERED.

Signed on January 15, 2025, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge