Case 4:24-cv-00468   Document 42   Filed on 02/13/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNITH PAUL HOWELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:24-cv-00468 |
| v. | § | |
| | § | JURY DEMAND |
| **HARRIS COUNTY, TEXAS et al,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## SCHEDULING / DOCKET CONTROL ORDER

Anticipated Length of Trial:  40 – Hours                    Jury: **X**  Non – Jury:

1. (a) **NEW PARTIES** shall be joined by:                                                      closed
   The Attorney causing the addition of new
   parties will provide copies of this Order to new
   parties.

   (b) **AMENDMENT** to **PLEADINGS**                                                           closed
      By Plaintiff or Counter – Plaintiff shall be filed
      By:

2. EXPERT WITNESSES for the PLAINTIFF will
   be identified by a report listing the qualifications
   of each expert, each opinion that the expert will
   present, and the basis for it. DUE DATE:                                                    4/19/2025

3. EXPERT WITNESSES for the DEFENDANT
   will be identified by a report listing the
   qualifications of each expert, each opinion that
   the expert will present, and the basis for it. DUE
   DATE:                                                                                       5/19/2025

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they
   are filed so close to this deadline that the
   recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the

|  |  |
|---|---|
| deadline. | 06/19/2025 |
|  | (Due at least two weeks before motions deadline) |

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:

    07/18/2025

    (90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
   (The Court will fill in this date)

    11/10/2025

    (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.
   (The Court sets a firm trial date)

    11/17/2025

Signed on February 13, 2025

_____
U.S. District Judge