IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNITH PAUL HOWELL | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00468 |
| | § | |
| HARRIS COUNTY, TEXAS et al, | § | |
| | § | |
| *Defendants,* | § | |

## <u>ORDER</u>

On this day came to be considered the Parties Joint Motion to Modify the Scheduling Order. ECF No. 52.

Having considered the Motion, and the other pleadings on file in this matter, the Court finds that the Parties Joint Motion to Modify the Scheduling Order should be **GRANTED in part and DENIED in part.**

It is ORDERED that the Discovery Deadline will be October 9, 2025, the Dispositive and Non-Dispositive Motions deadline will be October 23, 2025, the Joint Pretrial Order and Motions *in Limine* deadline will be January 12, 2026, and Trial will be January 21, 2026.

**The Court notes that the parties in this case have asked for multiple continuances. The Court is highly unlikely to grant any future requests for continuances.**

SIGNED on this the 14th day of July, 2025.

_____
KEITH P. ELLISON
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KENNITH PAUL HOWELL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-00468** |
| **v.** | § | |
| | § | **JURY DEMAND** |
| **HARRIS COUNTY, TEXAS et al,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**PROPOSED SCHEDULING / DOCKET CONTROL ORDER**

Anticipated Length of Trial:   40 – Hours                         Jury: **X**  Non – Jury: ____

1. (a) **NEW PARTIES** shall be joined by:                         closed
   The Attorney causing the addition of new
   parties will provide copies of this Order to new
   parties.

   (b) **AMENDMENT** to **PLEADINGS**                         closed
   By Plaintiff or Counter – Plaintiff shall be filed
   By:

2. EXPERT WITNESSES for the PLAINTIFF will
   be identified by a report listing the qualifications
   of each expert, each opinion that the expert will
   present, and the basis for it. DUE DATE:                         closed

3. EXPERT WITNESSES for the DEFENDANT
   will be identified by a report listing the
   qualifications of each expert, each opinion that
   the expert will present, and the basis for it. DUE
   DATE:                         closed

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they
   are filed so close to this deadline that the
   recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the

deadline.                                    October 9, 2025
                                    (Due at least two weeks before motions deadline)


5. DISPOSITIVE AND NON-DISPOSITIVE          October 23, 2025
   MOTIONS
   (except motions *in limine*) will be filed by:        (90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS         January 12, 2026
   *IN LIMINE* will be filed by:
   (The Court will fill in this date)              (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.            January 21, 2026
   (The Court sets a firm trial date)